# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00393-CV

**In re Texan Floor Service, Ltd.**

### ORIGINAL PROCEEDING FROM FAYETTE COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a motion for emergency stay and a petition for writ of mandamus. *See* Tex. R. App. P. 52.3, 52.10. Having reviewed the motion, petition, and record, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Filed: June 13, 2013